UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOANN CORSO, | STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A) |
| Plaintiff, | |
| -against- | |
| NEW YORK STATE, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, VERNON FONDA, in his official capacity as Director of DEPARTMENT OF CORRECTIONAL SERVICES INSPECTOR GENERL OFFICE, VERNON FONDA, in his individual capacity, LOUIS PINGOTTI, in his official capacity as Deputy Superintendent Security at Wallkill Correctional Facility and as Captain of the Shawangunk Correctional Facility, LOUIS PINGOTTI, in his individual capacity, LIEUTENANT BADER in his capacity as Staffing Lieutenant at Wallkill Correctional Facility, and LIEUTENANT BADER, in his individual capacity, | 15-CV-0599

(FJS/CFH) |
| Defendants. | |

IT IS *HEREBY STIPULATED AND AGREED* by and between the undersigned, plaintiff JOANN CORSO, appearing by her attorney, Bernard Weinreb, Esq., and Eric T. Schneiderman, Attorney General of the State of New York, Denise P. Buckley, Assistant Attorney General, of counsel, appearing for defendants, parties to the above entitled-action, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice against all the defendants in these proceedings, without costs to either party as against the other. This

stipulation may be filed without further notice with the Clerk of the Court.

Dated: Spring Valley, New York
      August 31, 2015

*Bernard Weinreb*
Bernard Weinreb, Esq. (via ECF)
2 Perlman Drive, Suite 301
Spring Valley, NY 10977
Telephone: (845) 369-1019
boruchw@cs.com

Dated: Albany, New York
      August 28, 2015

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for the Defendants
The Capitol
Albany, New York 12224-0341

By: *Denise P. Buckley*
Denise P. Buckley
Assistant Attorney General, of Counsel
Bar Roll No. 519278
Telephone: (518) 776-2294
Email: Denise.Buckley@ag.ny.gov

Dated:   Albany, New York
         August 28, 2015

IT IS SO ORDERED:

*Frederick J. Scullin*

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:  September 1, 2015
      Syracuse, NY

2